IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-473-RJC-DCK

| | |
|---|---|
| JUSTIN WARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| KYLEE ERVIN, individually, and as Trust for ) | |
| THE BLACKHORSE REAL ESTATE ) | |
| TRUST, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 2) filed by William R. Terpening, concerning Griffin S. Dunahm on August 26, 2020. Griffin S. Dunahm seeks to appear as counsel *pro hac vice* for Defendant Kylee L. Ervin, individually, and as Trust for The Blackhorse Real Estate Trust. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 2) is **GRANTED**. Griffin S. Dunahm is hereby admitted *pro hac vice* to represent Defendant Kylee L. Ervin, individually, and as Trust for The Blackhorse Real Estate Trust.

Signed: August 27, 2020

David C. Keesler
United States Magistrate Judge